UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Beltran-Esparza, Dante | CRIMINAL COMPLAINT<br>CASE: 12-36655M<br>Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about December 5, 2012, at or near Douglas, Arizona, in the District of Arizona, Dante BELTRAN-Esparza, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville/gateway on March 20, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about December 5, 2012, at or near Douglas, Arizona, in the District of Arizona, Dante BELTRAN-Esparza, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Dante BELTRAN-Esparza is a citizen of Mexico. On March 20, 2012, Dante BELTRAN-Esparza was lawfully denied admission, excluded, deported, and removed from the United States through Brownsville/gateway. On December 5, 2012, agents found Dante BELTRAN-Esparza in the United States at or near Douglas, Arizona. Dante BELTRAN-Esparza did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Dante BELTRAN-Esparza, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Dante BELTRAN-Esparza admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on December 5, 2012, at or near Douglas, Arizona.

| | |
|---|---|
| 12/07/2012<br>File Date | at Tucson, Arizona |

*[signature]*

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable D Thomas Ferraro
United States Magistrate Judge

*[signature]*

Signature of Judicial Officer

FBI Number: 733795EC5

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

UNITED STATES OF AMERICA
vs.
Beltran-Esparza, Dante

CRIMINAL COMPLAINT
CASE: 12-36655M

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form**

The Defendant, Beltran-Esparza, Dante , was represented by counsel, Rosemarie Valdez (FPD).

The defendant pled guilty to Ct(s) 2 of the complaint on 12/07/2012. Accordingly, Ct(s) 1 of the complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 12/05/2012 |

As pronounced on 12/07/2012, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED AND THIRTY FIVE (135) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, December 07, 2012.

Honorable D Thomas Ferraro
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 733795EC5

**UNITED STATES DISTRICT COURT**   **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

Date: 12/07/2012    Case Number: 12-36655M

USA vs. **Dante Beltran-Esparza**
U.S. MAGISTRATE JUDGE: D THOMAS FERRARO    Judge AO Code: 70BU
ASSIGNED U.S. Attorney: Christopher Lewis    INTERPRETER REQ'D: Juan Radillo
Attorney for Defendant: Rosemarie Valdez (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be    **Same**
[X] Petty Offense    [X] Date of Arrest:    **12/05/2012**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of    **ONE HUNDRED AND THIRTY FIVE (135) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:    Rosemarie Valdez (FPD) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Rose Chavez    Sent: 0
Deputy Clerk    IA: 0